| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) Cox, Emmett R | 2. Court or Organization U.S. Court of Appeals | 3. Date of Report 4/14/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) Senior U.S. Circuit Judge | 5. ReportType (check appropriate type) ● Nomination, Date ○ Initial ◉ Annual ○ Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address 113 St. Joseph Street Room 433 Mobile, AL 36602 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member, Board of Directors | Murray House, a fee-for-service assisted living facility operated by the Episcopal Diocese of the Central Gulf Coast |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

RECEIVED APR 20 10 56 AM '05 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2004 | National Society of Colonial Dames of America in the State of Alabama - wages |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

**V. GIFTS.** (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

**VI. LIABILITIES.** (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. NationsBank, N.A. | Secured promissory note | K |

| Name of Person Reporting | Date of Report |
|---|---|
| Cox, Emmett R | 4/14/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. U.S. Savings Bonds (EE) | | None | J | T | Partial Sale | 03/26 | J | B | |
| 2. EuroPacific Growth (Mutual Fund) | A | Dividend | K | T | | | | | |
| 3. Investment Company of America (Mutual Fund) | A | Dividend | K | T | Partial Sale | 03/12 | J | C | |
| 4. Janus Funds (Mutual Fund) | | None | | | Redemption | 03/09 | J | | |
| 5. AL St Pub Sch & College Auth Rfdg (Muncipal Bond) | A | Interest | | | Redemption | 12/01 | J | C | |
| 6. Legg Mason Value Trust (Mutual Fund) | | None | J | T | | | | | |
| 7. Janus Worldwide Fund (Mutual Fund) | | None | | | Redemption | 03/09 | J | | |
| 8. AmSouth Bank, NA (Account) | A | Interest | J | T | | | | | |
| 9. BankTrust (Accounts) | A | Interest | J | J | | | | | |
| 10. The RICH Group (Investment Group) (4.00% interest) | A | Dividend | | | Sell | 12/03 | L | C | |
| 11. -Automatic Data Processing Incorporated (Common Stock) | | | | | | | | | |
| 12. -Dell, Inc. (Common Stock) | | | | | | | | | |
| 13. -Federal National Mortgage Association (Common Stock) | | | | | | | | | |
| 14. -General Electric Company (Common Stock) | | | | | | | | | |
| 15. -Home Depot Incorporated (Common Stock) | | | | | | | | | |
| 16. -Johnson & Johnson (Common Stock) | | | | | | | | | |
| 17. -Microsoft Corporation (Common Stock) | | | | | | | | | |
| 18. -Talisman Energy Incorporated (Common Stock) | | | | | | | | | |

1. Income/Gain Codes    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   (See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Cox, Emmett R | 4/14/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. -Walgreen Company (Common Stock) | | | | | | | | | |
| 20. -Pfizer Inc. | | | | | | | | | |
| 21. -Travlers Ppty Cas Corp. CL A | | | | | | | | | |
| 22. -Travlers Ppty Cas Corp. New Cl. B | | | | | | | | | |
| 23. -Wal-Mart Stores, Inc. | | | | | | | | | |
| 24. Saks, Inc. (Common Stock) | A | Dividend | J | T | | | | | |
| 25. Saks, Inc. (Common Stock) | A | Dividend | J | T | | | | | |
| 26. Schering Plo gb Corp. (Common Stock) | A | Dividend | J | T | | | | | |
| 27. Invesco Dynamics Fund nka AIM Dynamics Fund utal nd) | | None | J | T | | | | | |
| 28. General Electric Co. (Common Stock) | A | Dividend | J | T | | | | | |
| 29. UBS Cashfund, Inc. (Money fund) | A | Dividend | J | T | | | | | |
| 30. Southern Co. (Common Stock) | A | Dividend | J | T | | | | | |
| 31. The Vanguard Value Index Fund (Mutual Fund) | A | Dividend | J | T | | | | | |
| 32. Cohen & Steers Realty Shares, Inc. (Mutual Fund) | | None | | | Sell | 03/10 | J | B | |
| 33. Dreyfus Premier Emerging Markets Fund (Mutual Fund) | | None | | | Sell | 08/25 | J | B | |
| 34. Harbor Capital Appreciation Fund (Mutual Fund) | A | Dividend | J | T | | | | | |
| 35. Harris Assoc. Invt. Trust; Oakmark Int'l Fund Mutual F nd) | A | Dividend | J | T | | | | | |
| 36. Longleaf Partners Fund (Mutual Fund) | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = $More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cox, Emmett R | 4/14/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Managers Funds, Special Equit Fund ( utual) Fund | | None | K | T | | | | | |
| 38. Matthews Asian Growth & Income Fund (Mutual Fun ) | A | Dividend | J | T | | | | | |
| 39. Metropolitan West Low Duration Bond Fund (Mutual Fund) | A | Dividend | K | T | | | | | |
| 40. Northeast Investors Trust (Mutual Fund) | A | Dividend | J | T | | | | | |
| 41. Oak Value Trust Fund (Mutual Fund) | | None | J | T | Partial Sale | 03/10 | C | B | |
| 42. Oppenheimer Real Asset Fund CL A (Mutual Fund) | C | Dividend | J | T | | | | | |
| 43. Pimco Total Return Fund II Instl. CL (Mutual Fund) | B | Dividend | K | T | | | | | |
| 44. TCW Galileo Fds, Inc. High Yield Bd Fd CL N (Mutual Fund) | A | Dividend | J | T | Partial Sale | 03/10 | C | B | |
| 45. TCW Galileo Fds, Inc. High Yield Bd Fd CL N ( utual Fund) | A | Dividend | | | Sell | 08/26 | D | A | |
| 46. TCW Galileo Fds, Inc. Select Equities Fd CL N (Mutual Fund) | | None | J | T | | | | | |
| 47. Third Avenue Real Estate Value Fd (Mutual Fund) | A | Dividend | J | T | | | | | |
| 48. CMF Money Market Portfolio nka TD Waterhouse Money Market | A | Dividend | J | T | | | | | |
| 49. Army Aviation Center FCU (Account) | A | Interest | J | T | | | | | |
| 50. The Vanguard GNMA Fund, Investor Shares (Mutual Fun ) | A | Dividend | J | T | | | | | |
| 51. Payden Global Fixed Income Fund - Cl R (Mutual Fund) | A | Dividend | J | T | | | | | |
| 52. Loomis Sayles Global Bond Fund Retail Class (Mutual Fund) | A | Dividend | J | T | Buy | 08/26 | J | | |
| 53. US Airways Group Inc. (Common Stock) | | None | J | T | Buy | 08/03 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,001-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS  (Indicate part of Report)

#10 in Section VII - The RICH Group (Investment Group) sold all of its assets in their entirety on 12/03/05.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
| --- | --- | --- |
| | Cox, Emmett R | 4/14/2005 |

VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS  (Indicate part of Report)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____          Date _apr. 14, 2005_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544